JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARZIEH AMIDNAMIN and MANNOCHEHR AMIDNAMIN,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; SUNRISE FORD and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:22-cv-00505-MWF(SKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs MARZIEH AMIDNAMIN and MANNOCHEHR AMIDNAMIN ("Plaintiffs") accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on April 11, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $124,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: July 5, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge